# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| KESHA SPARKS,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, CONN CREDIT CORPORATION, INC., and UNITED CONSUMER FINANCIAL SERVICES COMPANY,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:20-cv-00057-SDJ-KPJ<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, the matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 11, 2020, a report of the Magistrate Judge (the "Report") (Dkt. 19) was entered, containing proposed findings of fact and recommendations that the Agreed Motion to Compel Arbitration (the "Motion") (Dkt. 18) be granted. In the Motion, Plaintiff and Defendant Conn Credit Corporation, Inc. ("CCCI") agree and stipulate that Plaintiff's claims in this case against CCCI should be moved to arbitration. *See* Dkt. 18. The parties jointly requested that the objection period be waived in order to expedite proceedings. *See id*.

Having received the Report of the United States Magistrate Judge, and the objections period thereto having been waived, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Therefore, the Agreed Motion to Compel Arbitration (Dkt. 18) is **GRANTED**.

The Court **ORDERS** the Plaintiff and CCCI to binding arbitration before the American Arbitration Association pursuant to the parties' agreement.

It is further **ORDERED** that, as between Plaintiff and CCCI, all deadlines and proceedings in this case are **STAYED** pending resolution of the arbitration. Plaintiff and CCCI shall provide joint status updates every six months, with the first report due on November 10, 2020.

**So ORDERED and SIGNED this 14th day of May, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE